UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LUNDY J. DUKES,** *pro se,*

    **Plaintiff,**

v.                                         Case No.  8:10-cv-1109-T-30MAP

**FRED RATH, et al.,**

    **Defendants.**
_____/

## ORDER

    THIS CAUSE comes before the Court upon pro se Plaintiff Lundy J. Dukes's Motion for Summary Judgment (Dkt. 24).  Dukes's motion is premature.  As stated in *Blumel v. Mylander*, 919 F.Supp. 423, 428 (M.D. Fla. 1996), Rule 56 "implies [that] district courts should not grant summary judgment until the non-movant has had an adequate opportunity for discovery."  Furthermore, the Eleventh Circuit has decisively determined that "summary judgment may only be decided upon an adequate record."  *Snook v. Trust Co. of Ga. Bank*, 859 F.2d 865, 870 (11th Cir.1988).

    The Eleventh Circuit expounded:

> [S]ummary judgment should not be granted until the party opposing the motion has had an adequate opportunity for discovery. The party opposing a motion for summary judgment has a right to challenge the affidavits and other factual materials submitted in support of the motion by conducting sufficient discovery so as to enable him to determine whether he can furnish opposing affidavits. If the documents or other discovery sought would be relevant to the issues presented by the motion for summary judgment, the opposing party should be allowed the opportunity to utilize the discovery process to gain access to the requested materials. Generally summary judgment is

> inappropriate when the party opposing the motion has been unable to obtain responses to his discovery requests.

Id. at 870 (internal citations omitted).

A case management order has just been entered in this case. The parties have not yet begun discovery. Without engaging in discovery, Defendants are unable to respond to the conclusory allegations on which Dukes relied in his motion. Accordingly, Dukes's motion for summary judgment is premature and should be denied without prejudice. After the parties have had an opportunity to engage in discovery, Dukes may reassert his arguments with proper support.

It is therefore ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment (Dkt. 24) is DENIED without prejudice.

**DONE** and **ORDERED** in Tampa, Florida on March 9, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-1109.msj 24.frm