UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LUNDY J. DUKES,** *pro se*,

    **Plaintiff,**

v.                                                      CASE NO: 8:10-CV-1109-T-30MAP

**FRED RATH, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. A review of the indicates that this case was filed on May 12, 2010. Plaintiff has failed to effectuate proper service upon Defendants Candis Metcalf, Lourie DeBlasio, Rath Harper & Associates, Inc. and River Place Apartments. It is therefore

**ORDERED AND ADJUDGED** that:

1. This cause is dismissed without prejudice for failure to effectuate timely and proper service.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 28, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel/Parties of Record

*S:\Odd\2010\10-cv-1109.dismissal.wpd*